IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | Case No: 21-cr-100 JRT/HB |
| | ) | Date: May 24, 2021 |
| Christopher Michael Ka, | ) | Court Reporter: Maria Weinbeck |
| | ) | Video Conference |
| Defendant, | ) | Time Commenced: 2:26 p.m. |
| | | Time Concluded: 2:35 p.m. |
| | | Time in Court: 9 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
  Defendant: Steven Wright,
            X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

X Defendant consents to this hearing via video conference.

Defendant arraigned, see arraignment minutes and order.

Defendant waived and reserved the detention hearing.

                                                    s/SAE
                                        Signature of Criminal Duty Clerk