Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Christopher Michael Ka

Docket No. 0864 0:21CR00100-001(JRT)

**Petition on Supervised Release**

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher Michael Ka** who was sentenced for Unlawful Controlled Substance User in Possession of a Firearm on January 20, 2022, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in substance abuse treatment program
- No gang association
- Submit to searches
- Mental health counseling
- Up to 180 days residential reentry center
- Education programming

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: You must refrain from any unlawful use of a controlled substance. You must submit one drug test within 15 days or release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

Mr. Ka failed to report for scheduled drug tests on April 22, 2024, and May 4, 2024. On May 16, 2024, he submitted a urine sample that tested positive for marijuana. Mr. Ka admitted use of marijuana.

MANDATORY CONDITION: You must not commit another federal, state, or local crime.

On May 15, 2024, law enforcement was called in response to a dispute between Mr. Ka and his significant other. During this dispute, it is alleged Mr. Ka threw an object at a window causing it to break. Formal criminal charges of misdemeanor criminal damage to property are anticipated.

STANDARD CONDITION #3:  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

On May 31, 2024, law enforcement in Hayward, Wisconsin, responded to a verbal altercation between Mr. Ka and his significant other.  Mr. Ka did not have permission to travel to the Western District of Wisconsin.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall participate in a location monitoring program for a period of 45 days.  The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions: The defendant shall remain at their residence every day during set hours as directed by the probation officer.  The defendant shall not be required to pay the costs of location monitoring.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __11__ day of __June, 2024__, and ordered filed and made a part of the records in the above case. | s/ *Michael Alberts* <br> Michael F. Alberts <br> U.S. Probation Officer <br> Telephone: 612-664-5354 |
| s/John R. Tunheim <br> Honorable John R. Tunheim <br> Senior U.S. District Judge | Executed on  June 10, 2024 <br> Place  Minneapolis <br><br> Approved: <br><br> s/ *Dawn Arenz,* for <br> Mathias R. Antony <br> Supervising U.S. Probation Officer |